IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS and
SIERRA CLUB

        Plaintiff,

v.

LISA P. JACKSON

        Defendant.

CASE NO. 3:11-cv-190-WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Darin T. Schroeder, whose business address and telephone number is Law Office of Robert Ukeiley Tel. 859-986-5402, 435 R Chestnut St., Ste 1, Berea, KY 40403 and who is an active member in good standing of the bar of the Supreme Court of Kentucky having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing WildEarth Guardians, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 21, 2011.



Judge William Alsup