**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  WILDEARTH GUARDIANS and
    SIERRA CLUB,
11                                                  No. C 11-00190 WHA
              Plaintiff,
12
      v.
13
    LISA P. JACKSON, in her official capacity as    **ORDER DENYING**
14  Administrator of the Environmental Protection    **DEFENDANT'S MOTION TO**
    Agency,                                          **APPEAR BY TELEPHONE**
15
              Defendant.
16
    _____/
17

18          The Court **DENIES** defendant's *ex parte* request to participate in the case management

19  conference by telephone due to the substandard telephonic equipment in the courtroom.  If the

20  parties wish, the Court will issue a case management order based upon the joint statement, due

21  April 14, 2011, without the benefit of argument.  Please so state in your statement; otherwise

22  counsel are expected to personally attend the case management conference on **APRIL 21, 2011, AT**

23  **3:00 P.M.** in Courtroom 9.

24

25          **IT IS SO ORDERED.**

26

27  Dated:  March 29, 2011.                          _____
                                                     WILLIAM ALSUP
28                                                   UNITED STATES DISTRICT JUDGE