IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency,<br><br>Defendant. | Case No. 3:11-cv-00190-WHA<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES FOR 90 DAYS** |

Before the Court is the parties' Joint Motion to Stay All Deadlines for 90 Days. Upon due consideration, and for good cause shown, Defendant's motion is hereby GRANTED.

A case management conference is set in this matter for **July 21, 2011, at 3:00 p.m.** Please submit a joint case management conference statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: April 7, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE