IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendant.<br>_____/ | No. 3:11-cv-00190-WHA<br><br>[PROPOSED] **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELATED CASE** |

Before the Court is Plaintiffs' Administrative Motion for Related Case, Dkt. No. 31. Plaintiffs have not demonstrated that *Alec L. et al. v. Jackson et al.*, Case No. 4:11-cv-02203, is a "related case" to the present litigation, as defined by Civ. L. R. 3-12(a). Plaintiffs' Motion is hereby DENIED.

IT IS SO ORDERED.

DATED: August 9, 2011.    _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE