# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>LISA P. JACKSON,<br>in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:11-cv-11-00190 WHA<br><br>~~PROPOSED~~ ORDER GRANTING MOTION FOR DARIN SCHROEDER TO WITHDRAW |

Having consider Plaintiffs unopposed Motion for Darin Schroeder to Withdraw, pursuant to Rule 11-5(a) of the Local Civil Rules of the United States District Court for the Northern District of California, Darin Schroeder is withdrawn as Counsel in the above captioned matter for Plaintiffs Sierra Club and WildEarth Guardians.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE