IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB,<br><br>            Plaintiffs,<br><br>       v.<br><br>LISA P. JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>            Defendant. | Case No. 3:11-cv-00190-WHA<br><br>**CONSENT DECREE** |

WHEREAS, on July 6, 2011, Plaintiffs Sierra Club and WildEarth Guardians filed an amended complaint ("Complaint") in this matter against Defendant Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under section 304(a)(2) of the CAA, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiffs alleged that EPA has failed to perform a duty mandated by CAA section 110(k)(2) and (3), 42 U.S.C. § 7410(k)(2) and (3), to take final action on the SIP submittals or portions of submittals meeting applicable requirements of CAA section 110(a)(2), 42 U.S.C. § 7410(a)(2), for Alabama, Connecticut, Florida, Mississippi, North Carolina, Tennessee, Indiana, Maine, Ohio, New Mexico, Delaware, Kentucky, Nevada, Arkansas, New

Hampshire, South Carolina, Massachusetts, Arizona, Georgia and West Virginia with regard to the 2006 PM2.5 NAAQS;

WHEREAS, the term "2006 PM2.5 NAAQS infrastructure SIP" means for the purposes of this Consent Decree only a submission or multiple submissions addressing the applicable requirements of section 110(a)(2), 42 U.S.C. § 7410(a)(2), not including the portions of CAA section 110(a)(2)(C) pertaining to nonattainment area requirements or section 110(a)(2)(I), 42 U.S.C. §§ 7410(a)(2)(C), (a)(2)(I);

WHEREAS, for the purposes of this Consent Decree only, the term "2006 PM2.5 NAAQS infrastructure SIP" does not include the portions of CAA section 110(a)(2)(D)(i)(II), 42 U.S.C. § 7410(a)(2)(D)(i)(II), pertaining to visibility requirements;

WHEREAS, the parties agree for the purposes of this Consent Decree only that the obligations set out below do not include EPA taking any actions regarding the portions of section 110(a)(2)(C) pertaining to nonattainment area requirements sections, the portions of section 110(a)(2)(D)(i)(II) pertaining to visibility requirements, or section 110(a)(2)(I);

WHEREAS, the parties have agreed to settle this action without admission of any issue of fact or law;

WHEREAS, the parties, by entering into this Consent Decree, do not waive or limit any claim or defense, on any grounds, related to any final EPA action;

WHEREAS, the parties consider this Consent Decree to be an adequate and equitable resolution of all of claims in this matter;

WHEREAS, it is in the interest of the public, the parties, and judicial economy to resolve this matter without protracted litigation;

NOW THEREFORE, before the taking of testimony, without trial or determination of any issue of fact or law, and upon the consent of the parties, it is hereby ordered, adjudged and decreed that:

1. This Court has jurisdiction over this matter pursuant to the citizen suit provision in section 304(a)(2) of the CAA, 42 U.S.C. § 7604(a)(2), and venue lies in the Northern District of California.

2. The Court, by entering this Consent Decree, finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the CAA.

3. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Alabama addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Alabama is specifically identified in Chart "A" attached hereto.

4. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Connecticut addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for section 110(a)(2)(D)(i)(I), the nonattainment area requirements under section 110(a)(2)(C), and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS

Infrastructure SIP submission(s) for Connecticut is specifically identified in Chart "A" attached hereto.

5.      Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Florida addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Florida is specifically identified in Chart "A" attached hereto.

6.      Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Mississippi addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Mississippi is specifically identified in Chart "A" attached hereto.

7.      Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for North Carolina addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area

requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for North Carolina is specifically identified in Chart "A" attached hereto.

8. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Tennessee addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for section 110(a)(2)(D)(i)(I), the nonattainment area requirements under section 110(a)(2)(C), and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Tennessee is specifically identified in Chart "A" attached hereto.

9. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Indiana addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Indiana is specifically identified in Chart "A" attached hereto.

10. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in

part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Maine addressing the applicable requirements of sections 110(a)(2)(A)-(C), (D)(i)(I), (E)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Maine is specifically identified in Chart "A" attached hereto.

11.	Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Ohio addressing the applicable requirements of sections 110(a)(2)(A)-(C), (D)(i)(I), (E)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Ohio is specifically identified in Chart "A" attached hereto.

12.	Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall sign for publication in the Federal Register:

a.	no later than September 30, 2012, a notice or notices of the Agency's proposed action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for New Mexico addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C),  the requirements under section 110(a)(2)(D)(i)(I), and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for New Mexico is specifically identified in Chart "A" attached hereto; and

    b.    no later than January 14, 2013, a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for New Mexico addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C), the requirements under section 110(a)(2)(D)(i)(I), and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for New Mexico is specifically identified in Chart "A" attached hereto.

13.    Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall sign for publication in the Federal Register:

    a.    no later than February 28, 2013, a notice or notices of the Agency's proposed action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for New Mexico addressing the applicable significant contribution to nonattainment and interference with maintenance requirements of section 110(a)(2)(D)(i)(I). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for New Mexico is specifically identified in Chart "A" attached hereto; and

    b.    no later than August 30, 2013, a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for New Mexico addressing the applicable significant contribution to nonattainment and interference with maintenance requirements of section 110(a)(2)(D)(i)(I). The 2006 PM2.5

NAAQS Infrastructure SIP submission(s) for New Mexico is specifically identified in Chart "A" attached hereto.

14. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Delaware addressing the PSD requirements under 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Delaware is specifically identified in Chart "A" attached hereto.

15. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Kentucky addressing the applicable requirements of sections 110(a)(2)(A)-(C), D(i)(II), (E)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Kentucky is specifically identified in Chart "A" attached hereto.

16. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Nevada addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section

110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Nevada is specifically identified in Chart "A" attached hereto.

17. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall sign for publication in the Federal Register:

    a.    no later than January 31, 2012, a notice or notices of the Agency's proposed action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Arkansas addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C), section 110(a)(2)(D)(i)(I), and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Arkansas is specifically identified in Chart "A" attached hereto; and

    b.    no later than July 31, 2012, a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Arkansas addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C), section 110(a)(2)(D)(i)(I), and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Arkansas is specifically identified in Chart "A" attached hereto.

18. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall sign for publication in the Federal Register:

a. no later than April 30, 2013, a notice or notices of the Agency's proposed action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Arkansas addressing the applicable significant contribution to nonattainment and interference with maintenance requirements of section 110(a)(2)(D)(i)(I). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Arkansas is specifically identified in Chart "A" attached hereto; and

b. no later than October 31, 2013, a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Arkansas addressing the applicable significant contribution to nonattainment and interference with maintenance requirements of section 110(a)(2)(D)(i)(I). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Arkansas is specifically identified in Chart "A" attached hereto.

19. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for New Hampshire addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II). The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for New Hampshire is specifically identified in Chart "A" attached hereto.

20. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register of the Agency's final action a notice or notices either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for South Carolina addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for South Carolina is specifically identified in Chart "A" attached hereto.

21. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Massachusetts addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for section 110(a)(2)(D)(i)(I), the nonattainment area requirements under section 110(a)(2)(C), and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Massachusetts is specifically identified in Chart "A" attached hereto.

22. Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Arizona addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for section 110(a)(2)(G), the nonattainment area requirements under section 110(a)(2)(C), and the visibility requirements

under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Arizona is specifically identified in Chart "A" attached hereto.

23.     Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for Georgia addressing the applicable requirements of sections 110(a)(2)(A)-(H), (J)-(M), except for the nonattainment area requirements under section 110(a)(2)(C) and the visibility requirements under section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for Georgia is specifically identified in Chart "A" attached hereto.

24.     Pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k), EPA shall no later than September 30, 2012, sign for publication in the Federal Register a notice or notices of the Agency's final action either approving, disapproving, or approving in part and disapproving in part the 2006 PM2.5 NAAQS Infrastructure SIP submittal for West Virginia addressing the applicable PSD requirements of section 110(a)(2)(D)(i)(II).  The 2006 PM2.5 NAAQS Infrastructure SIP submission(s) for West Virginia is specifically identified in Chart "A" attached hereto.

25.     Within 15 business days after taking each action required in Paragraphs 3-24, EPA shall send notice of such action to the Office of the Federal Register for review and publication.

26.     The parties may extend the deadlines set forth in Paragraphs 3-25 and 33 by written stipulation executed by counsel and filed with the Court.  If the parties do not agree to an extension, either party may move the Court for an extension.

27. The parties will file a joint request to the Court to dismiss this matter with prejudice within 15 business days after notice appears in the Federal Register of EPA taking the last rulemaking action required under Paragraphs 3-24 of this Consent Decree.

28. Nothing in this Consent Decree shall be construed to limit or modify the discretion accorded EPA by the CAA and by general principles of administrative law, including the discretion to alter, amend or revise any responses and/or actions contemplated by this Consent Decree.  EPA's obligation to take the actions set forth in Paragraphs 3-25 by the time specified therein does not constitute a limitation or modification of EPA's discretion within the meaning of this paragraph.

29. Nothing in this Consent Decree shall be construed to confer upon the district court jurisdiction to review any issues that are within the exclusive jurisdiction of the United States Courts of Appeals pursuant to sections 307(b)(1) of the CAA, 42 U.S.C. § 7607(b)(1).

30. The Court shall retain jurisdiction to enforce the terms of this Consent Decree and to consider any requests for costs of litigation, including attorneys' fees.

31. In the event of a dispute between the parties concerning the interpretation or implementation of any aspect of this Consent Decree, the party that raised the dispute shall provide the other party with a written notice outlining the nature of the dispute and requesting informal negotiations.  If the parties cannot reach an agreed-upon resolution within ten (10) business days after receipt of notice, the party that raised the dispute may move the Court to resolve the dispute.

32. No motion or other proceeding seeking to enforce this Consent Decree shall be considered properly filed unless the moving party has followed the procedure set forth in

Paragraph 31 and has provided the non-moving party with written notice received at least ten (10) business days before the filing of such motion or proceeding.

33.     EPA agrees that, pursuant to section 304(d) of the CAA, 42 U.S.C. § 7604(d), Plaintiffs are both eligible and entitled to recover their costs of litigation in this action, including reasonable attorneys' fees, incurred prior to entry of this Consent Decree.  The deadline for filing a bill of costs pursuant to Local Rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, pursuant to Local Rule 54-6 for activities performed in this case prior to entry of this Consent Decree is hereby extended until 90 days after the date on which the Court enters this Consent Decree.  During this time the parties shall seek to resolve informally any claim for costs of litigation, including reasonable attorneys' fees.

34.     The obligations imposed by EPA under this Consent Decree may only be undertaken using appropriated funds.  No provisions of this Consent Decree shall be interpreted as or constitute a commitment or requirement that EPA obligate or pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable federal law.

35.     Plaintiffs and EPA shall not challenge the terms of this Consent Decree or this Court's jurisdiction to enter this Consent Decree.

36.     The parties agree and acknowledge that before this Consent Decree is entered by the Court, EPA must provide notice of this Consent Decree in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the CAA, 42 U.S.C. § 7413(g). After this Consent Decree has undergone notice and comment, the Administrator and/or the Attorney General, as appropriate, shall promptly consider any such written comments in determining whether to withdraw or withhold their consent to the Consent Decree, in accordance with section 113(g) of the CAA.  If the Administrator and/or the Attorney General do not elect to

withdraw or withhold their consent, EPA shall promptly file a motion that requests the Court to enter this Consent Decree.

37. Any notices required or provided for by this Consent Decree shall be made in writing, via facsimile, e-mail or other means, and sent to the following:

For Plaintiffs:

>Robert Ukeiley
>Law Office of Robert Ukeiley
>435R Chestnut Street, Suite 1
>Berea, KY 40403
>Tel: 859-986-5402
>Fax: 866-618-1017
>rukeiley@igc.org

For Defendant:

>Michelle R. Lambert
>Trial Attorney
>U.S. Department of Justice
> Environment and Natural Resources Division
>Environmental Defense Section
>P.O. Box 23986
>Washington, D.C. 20026-3986
>Tel:    (202) 616-7501
>Fax:    (202) 514-8865
>Email: michelle.lambert@usdoj.gov
>
>Geoffrey L. Wilcox
>Office of the General Counsel
>U.S. Environmental Protection Agency
>Ariel Rios Bldg. MC 2344A
>1200 Pennsylvania Ave., NW
>Washington, D.C. 20460
>Phone: (202) 564-5601
>Fax:    (202) 564-5603
>Email: wilcox.geoffrey@epa.gov

38. This Consent Decree shall not preclude any right of action by a non-party to bring a citizen suit pursuant to section 304 of the CAA, 42 U.S.C. § 7604, to enforce the non-discretionary duties alleged in the complaint. In any such matter, EPA preserves all its defenses.

39. The undersigned representatives of each party certify that they are fully authorized by the party that they represent to bind that party to the terms of this Consent Decree.

The Court will retain jurisdiction for three years only.

**IT IS SO ORDERED.**

Dated: October 19, 2011.  _____
                    William Alsup
                    UNITED STATES DISTRICT JUDGE

COUNSEL FOR PLAINTIFFS:

Dated: August 25, 2011

/s/ Darin Schroeder (with permission)
Darin Schroeder (*Admitted Pro Hac Vice*)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: 859-986-5402
Fax: 866-618-1017
darin@airadvocates.net

*Counsel for Plaintiffs*

COUNSEL FOR DEFENDANT:

Dated: August 25, 2011

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ Michelle R. Lambert
Michelle R. Lambert
Trial Attorney
U.S. Department of Justice
Environmental Defense Section

P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 616-7501
Fax:    (202) 514-8865
michelle.lambert@usdoj.gov
*Counsel for Defendant*