IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS and SIERRA CLUB,

    Plaintiffs,

  v.

LISA P. JACKSON, in her official capacity as Administrator of the Environmental Protection Agency,

    Defendant.

No. C 11-00190 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **JUNE 21, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE