United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS and SIERRA CLUB,

    Plaintiffs,

  v.

GINA McCARTHY, Administrator, U.S. Environmental Protection Agency,

    Defendant.

No. C 11-00190 WHA

**ORDER RE FURTHER STATUS UPDATE**

    Pursuant to the joint status update, the parties shall file another joint status update on the EPA's supplemental proposed rule by **SEPTEMBER 8, 2014.**

    **IT IS SO ORDERED.**

Dated: June 17, 2014.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE