IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS and
SIERRA CLUB,

        Plaintiffs,

 v.

GINA McCARTHY, Administrator,
United States Environment Protection
Agency,

        Defendant,

No. C 11-00190 WHA

**ORDER RE FURTHER STATUS UPDATE BY JUNE 5, 2015**

As stated in the parties' third notice concerning the status of consent-decree obligations, the United States Environmental Protection Agency is obligated to issue a final rule concerning Sierra Club's petition for rulemaking by May 22, 2015. The parties represent that this final rule should moot any disagreements they have about the EPA's compliance with the consent decree.

Accordingly, the parties shall file another joint status report (or notice of dismissal) by **JUNE 5, 2015**.

**IT IS SO ORDERED.**

Dated: September 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE